```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    MIGUEL AMAYA-ESPARZA
 7
```

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,  ) No. 2:07-CR-00081-MCE
                               )
12            Plaintiff,       )
                               ) STIPULATION AND ORDER CONTINUING CASE AND
13       v.                    ) EXCLUDING TIME
                               )
14  MIGUEL AMAYA-ESPARZA,      )
                               ) Date:  April 3, 2007
15            Defendant.       ) Time:  8:30 a.m.
                               ) Judge: Hon. Morrison C. England, Jr
16  _____  )

17

18       **IT IS HEREBY STIPULATED** by and Between Assistant United States

19  Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal

20  Defender Jeffrey L. Staniels, Counsel for Defendant MIGUEL AMAYA-

21  ESPARZA, that the status conference presently scheduled for April 3,

22  2007, be vacated and the matter be continued until May 8, 2007, for

23  further status conference.

24       This continuance is sought to permit to permit submission to the

25  Probation Office of information inadvertently not supplied by the

26  defense during the assignment process of this case.

27       IT IS THEREFORE FURTHER STIPULATED that time for trial under the

28  Speedy Trial Act should excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A)

&(B)(iv)(Local Code T-4) ( defense preparation).

**IT IS SO STIPULATED**

Dated:  March 30, 2007            /S/ Kyle Reardon
                                  KYLE REARDON
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff


Dated:  March 30, 2007            /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  PEGGY WITTS

# O R D E R

Based on the above stipulation Time for trial is excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).

This case is ordered to be continued until May 8, 2007, at 8:30 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

Dated: April 4, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-